# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Anthony Lee Scott,

        Plaintiff(s),

vs.

USA ,

        Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05cv223-1/3:94-cr-1

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/3/05 Order.

Scott v. USA      Doc. 3

May 13, 2005

FRANK G. JOHNS, CLERK

BY: *Betsy Wallace*

Betsy Wallace, Deputy Clerk

DOCUMENT SCANNED